TAYLOR v. CRAWFORD. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Jacob Taylor against William Crawford. With this case in this court has been consolidated cases bearing titles as follows: William M. Clemens v. Press Publishing Co. (see, also, 67 Misc. Rep. 183,

122 N. Y. Supp. 206); American Woolen Co. of New York v. Harry Moskowitz (see, also, 122 N. Y. Supp. 1121); James Graham v. Graham Chisholm Co.; Heyman Prince v. Mildred L. Holzman; Frederick S. Myers v. Beakes Dairy Co. (see, also, 130 App. Div. 879, 114 N. Y. Supp. 1138; 132 App. Div. 710, 117, N. Y. Supp. 569); Sophie J. Bormann v. Augustus G. Paine. No opinion. Applications denied, with $10 costs. Orders signed.